**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEC 23 2009

**Clerk, U.S. District and
Bankruptcy Courts**

| | | |
|---|---|---|
| Frank Brett, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 09 2411 |
| | ) | |
| Mayor Fenty *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain " (1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

3

Plaintiff, a resident of Baltimore, Maryland, sues District of Columbia Mayor Adrian Fenty, the Library of Congress and a librarian there who he claims "gave [him] the run around" when he requested her assistance. Plaintiff alleges that Mayor Fenty "slandered" him and "tried to steal [his] civil rights" but in what way is unknown because plaintiff has not stated any supporting facts. The complaint is mostly incomprehensible and, thus, fails to provide any notice of a claim or the basis for federal court jurisdiction. It therefore will be dismissed. A separate order accompanies this Memorandum Opinion.

_____
United States District Judge

Date: December 3, 2009